UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GRIFFITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARLEY-DAVIDSON FINANCIAL SERVICES, INC., *et al*.<br><br>　　　　Defendants. | Case No.  1:24-cv-00017-NODJ-CDB<br><br>ORDER ON STIPULATION EXTENDING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(Doc. 6) |

　　　Plaintiff Jason Griffith ("Plaintiff") initiated this action in state court with the filing of a complaint on November 22, 2023.  (Doc. 1-1).  That action was removed to this Court by Defendant Harley-Davidson Financial Services, Inc., on January 3, 2024.  (Doc. 1).

　　　Pending before the Court is the parties' stipulation to extend Defendant Experian Information Solutions, Inc.'s time to respond to Plaintiff's complaint.  (Doc. 6).[1]

///

///

---

[1] Under Local Rule 144(a), an initial stipulation extending time for no more than 28-days may be filed without approval of the Court if the stipulation is signed on behalf of all the parties who have appeared in the action and are affected by the stipulation.  Since the parties request an initial extension of 30-days, Court approval is required.

In light of the parties' unopposed stipulation and good cause appearing, IT IS HEREBY ORDERED that the time by which Defendant Experian Information Solutions, Inc. shall respond to the complaint is extended up to and including February 9, 2024.

IT IS SO ORDERED.

Dated: **January 9, 2024**

_____
UNITED STATES MAGISTRATE JUDGE